CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 29 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY LINDER, ) | |
| Plaintiff, ) | Civil Action No. 7:07-cv-00555 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| VA. DEPT. OF ) | |
| CORRECTIONS, et. al., ) | By: Hon. Glen E. Conrad |
| Defendants. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and **STRICKEN** from the active docket of the court. Any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of November, 2007.

/s/ Glen E. Conrad
United States District Judge